

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2018

No. 04-18-00433-CV

**IN THE INTEREST OF I.I.C., A CHILD**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI23702
Honorable Laura Salinas, Judge Presiding

## O R D E R

On August 30, 2018, we determined Appellant's brief violated Rule 38. *See* TEX. R. APP. P. 38.1 (appellant's brief). We struck his brief and ordered him to file an amended brief by September 14, 2018. Before the deadline, Appellant filed a motion for extension of time to file his amended brief until October 16, 2018.

Appellant's motion is GRANTED. Appellant's amended brief is due on October 16, 2018.

**Appellant's amended brief must correct all the violations listed in our August 30, 2018 order and fully comply with the applicable rules.** *See, e.g.*, *id.* R. 9.4, 9.5, 38.1. If the amended brief does not comply as ordered, we "may strike the brief, prohibit [Appellant] from filing another, and proceed as if [Appellant] had failed to file a brief." *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss an appeal if an appellant fails to timely file a brief).

If Appellant timely files a brief that complies with this order, Appellee's brief will be due thirty days after Appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

Appellant's motion to "enjoin Alice Nicole White against selling any of Appellant's possessions" is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court